ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Titan One Zero, LLC | ) ASBCA Nos. 63106, 63424 |
| | ) |
| Under Contract No. N00014-20-C-2043 | ) |

APPEARANCES FOR THE APPELLANT:    Matthew R. Keller, Esq.
                                  Kristen L. Loesch, Esq.
                                   Praemia Law, PLLC
                                   Reston, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                   Adam A. Orr, Esq.
                                   Catherine M. Kellington, Esq.
                                    Trial Attorneys
                                    Arlington, VA

OPINION BY ADMINISTRATIVE JUDGE O'CONNELL

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant. The parties have stipulated that the property under the subject contract was incorrectly added to the contract and that the contract ended on July 30, 2021.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,800,000. Appellant has agreed to waive Contract Disputes Act interest.

Dated: October 19, 2022

_____
Michael N. O'Connell
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


RICHARD SHACKLEFORD                         OWEN C. WILSON
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63106, 63424 Appeals of
Titan One Zero, LLC, rendered in conformance with the Board's Charter.

        Dated:  October 20, 2022


        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals

2